# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Newport News Division

| | |
|---|---|
| **HEATHER GONZALEZ,** ) | |
| ) | |
| *Plaintiff,* ) | Case No.: |
| ) | 4:20-cv-00027-RCY-DEM |
| v. ) | |
| ) | |
| ) | |
| **SEAWORLD PARKS & ENTERTAINMENT, LLC** ) | |
| **d/b/a BUSCH GARDENS WILLIAMSBURG** ) | |
| ) | |
| *Defendant.* | |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Heather Gonzalez, through undersigned counsel, and advises the Court that the parties have reached a settlement in this matter. Accordingly, the currently-scheduled jury trial will not be necessary, and the parties ask that all pending deadlines be stayed. The parties anticipate filing a dismissal order with the Court within 20 days of entry of this Order.

Dated: February 9, 2022

Respectfully submitted,

| | |
|---|---|
| By_____/s/_____ | By_____/s/_____ |
| Todd M. Fiorella, Esquire | Ashley W. Winsky, Esquire |
| (VSB No. 30238) | (VSB No. 79224) |
| Katherine M. Lennon, Esquire | Jeffrey P. Miller, Esquire |
| (VSB #92358) | (VSB No. 89410) |
| FRAIM AND FIORELLA, P.C. | **GENTRY LOCKE** |
| 150 Boush Street, Suite 601 | P. O. Box 780 |
| Norfolk, Virginia 23510 | Richmond, Virginia 23218 |
| Phone: 757-227-5900 | Telephone: (804) 297-3704 |
| Fax: 757-227-5901 | winsky@gentrylocke.com |
| tmfiorella@ff-legal.com | miller@gentrylocke.com |
| klennon@ff-legal.com | |