**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| **HEATHER GONZALEZ,** ) | |
| ) | |
| *Plaintiff,* ) | Case No.: |
| ) | 4:20-cv-00027-RCY-DEM |
| v. ) | |
| ) | |
| ) | |
| **SEAWORLD PARKS & ENTERTAINMENT, LLC** ) | |
| **d/b/a BUSCH GARDENS WILLIAMSBURG** ) | |
| ) | |
| *Defendant.* | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), Plaintiff Heather Gonzalez, by counsel, and Defendant SeaWorld Parks & Entertainment, LLC d/b/a Busch Gardens Williamsburg, by counsel, hereby stipulate that the claims against SeaWorld Parks & Entertainment, LLC d/b/a Busch Gardens Williamsburg be dismissed with prejudice, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted this 8th day of March, 2022.

By_____/s/_____
Todd M. Fiorella, Esquire
(VSB No. 30238)
Katherine M. Lennon, Esquire
(VSB #92358)
**FRAIM AND FIORELLA, P.C.**
150 Boush Street, Suite 601
Norfolk, Virginia 23510
Phone: 757-227-5900
Fax: 757-227-5901
tmfiorella@ff-legal.com
klennon@ff-legal.com

By_____/s/_____
Ashley W. Winsky, Esquire
(VSB No. 79224)
Jeffrey P. Miller, Esquire
(VSB No. 89410)
**GENTRY LOCKE**
P. O. Box 780
Richmond, Virginia 23218
Telephone: (804) 297-3704
winsky@gentrylocke.com
miller@gentrylocke.com