IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| **HEATHER GONZALEZ,** | ) |
| *Plaintiff,* | ) Case No.: |
| | ) 4:20-cv-00027-RCY-DEM |
| v. | ) |
| **SEAWORLD PARKS & ENTERTAINMENT, LLC** d/b/a **BUSCH GARDENS WILLIAMSBURG** | ) |
| *Defendant.* | |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ordered that all claims against SeaWorld Parks & Entertainment, LLC d/b/a Busch Gardens Williamsburg be dismissed with prejudice, with each party bearing that party's own attorney's fees and costs.

ENTERED:

_____
United Stated District Judge